FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 APR 24 PM 3:07
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| BOBBY BURKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 317-066 |
| | ) | |
| WHEELER CORRECTIONAL FACILITY MEDICAL DEPARTMENT AND BONDING AGENCY; PAT CLARK, Medical Administrator; and DR. FNU WHITLEY, Dentist, | ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this 24th day of April, 2018, at Augusta, Georgia.

UNITED STATES DISTRICT JUDGE